CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

GREGORY HAMPTON

GDC # 877698

(Enter above the full name and prisoner
identification number of the plaintiff(s).)

-vs-

JAMES E. DONALD,

L GALE BUCKNER,

ROBERT E. KELLER, et al,

(Enter above the full name of the
defendant(s).)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 19 2011

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

1:11-CV-0194

## I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ( )     No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below (if there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: _____ N/A _____

Defendants: _____ N/A _____

2. Court (if federal court, name the district; if state court, name the county): _____ N/A _____

3. Docket Number: _____ N/A _____
4. Name of judge to whom case was assigned: _____ N/A _____
5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____ N/A _____

6. Approximate date of filing lawsuit: _____ N/A _____
7. Approximate date of disposition: _____ N/A _____

Place of Present Confinement: _Dooly State Prison_

A. Is there a prisoner grievance procedure in this institution?

Yes ( ✓ )          No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ( )          No ( ✓ )

C. If your answer is YES:
   1. What steps did you take? _N/A_

   2. What was the result? _N/A_

D. If your answer is NO, explain why not: _Not a grievable issue._

III. Parties
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any.)

A. Name of plaintiff _Gregory Hampton, GDC 877698_

   Address _Dooly State Prison P.O. Box 750 Unadilla, Ga. 31091 - 750_
   (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B. Defendant _James E. Donald, L. Gale Buckner, Robert E. Keller, Garland R. Hunt_
   Employed as _board members of Georgia Department of Pardons and Parole_
   at _2 Martin Luther King Jr. Drive SE. ATL, Ga. 30334_

C. Additional defendants: _Kristin Dougherty, Ronald Brunen_
   _Augusta Transitional Center 601 Taylor Street_
   _Augusta, Ga. 30901_

IV. Statement of Claim
   State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

   _1. Each defendant is sued individually and in his or_
   _her [or her] official capacity. At all times_
   _mentioned in this complaint each defendant acted under_
   _Color of State Law._

-2-

Statement of Claim (Cont'd)

Plaintiff was sent to Augusta Transitional Center December 3, 2008, and on September 24, 2009, defendant Dougherty and Bruner sent Plaintiff back to prison without just cause, therefore, depriving Plaintiff of a special liberty interest for which he is entitled to. Defendants James Donald, Gale Buckner, Robert Keller, and Garland Hunt refused to place Plaintiff back into the transitional Center or another comparable transitional Center, further depriving Plaintiff a special liberty interest for which he is entitled.

Relief
State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

WHEREFORE, Plaintiff prays that this Court enter judgement granting Plaintiff;

1. A declaration that the acts and omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States.

2. A preliminary and permanent injunction ordering defendants to place Plaintiff back into a transitional Center.

3. Compensatory damages in the amount of $900 per month from September 24, 2009, to the Date that

-3-

Relief (Cont'd)

is placed in a Transitional Center against each defendants jointly and severally.

4. Punitive damages in the amount of $100,000 against each defendant

5. A jury trial on all issues triable by jury

Signed this _13th_ day of _January_ , ~~19~~ 2011.

_____
Signature of plaintiff(s)

STATE OF _Georgia_

COUNTY (CITY) OF _Dooly_

declare under penalty of Perjury that the foregoing is true and correct.

EXECUTED ON _1 | 13 | 2011_
(Date)

_____
Signature of plaintiff(s)

RICHARD G. WYCHE
NOTARY
Comm. Exp.
11/11/12
PUBLIC
DOOLY COUNTY GA

-4-

Relief (cont.)

6. Award Plaintiff attorney fees to be taxed
to defendants.

7. Any additional relief this Court deems just
proper and equitable